JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ROGER N. FEARING AND<br>CHRISTINE E. FEARING<br>        DEBTORS,<br>_____<br>ROGER N. FEARING AND<br>CHRISTINE E. FEARING,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID SEROR, CHAPTER 7<br>TRUSTEE,<br><br>        Defendants. | Case No. CV 07-5276-VAP<br>USBC Case No. SV 00-10940-KT<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that the Bankruptcy Court's Orders are Affirmed and the Appeal is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 21, 2008

                                /s/ Virginia A. Phillips
                                VIRGINIA A. PHILLIPS
                               United States District Judge